IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>MARK ANTHONY JARVEY, SR.,<br><br>Defendant. | CR-23-04-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 22, 2024. (Doc. 36.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 22, 2024. (Doc. 33.) The United States accused Mark Jarvey (Jarvey) of violating his conditions of supervised release by: (1) consuming alcohol on or about October

22, 2024; and (2) being terminated from his sex offender treatment program on November 7, 2024. (Doc. 30.)

At the revocation hearing, admitted Jarvey admitted that he had violated the terms of his supervised release by: (1) consuming alcohol on or about October 22, 2024; and (2) being terminated from his sex offender treatment program on November 7, 2024  (Doc. 30.)

Judge Johnston found that the violations Jarvey admitted prove serious and warrants revocation of his supervised release and recommends a custodial sentence of 7 months, with no supervised release to follow.  (Doc. 33.)

Jarvey was advised of his rights to appeal and allocute to the undersigned. (Doc. 30.)

The violations prove serious and warrants revocation of Jarvey's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

 Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 36.) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Mark Anthony Jarvey be sentenced to custody for 7 months, with no supervised release to follow.

DATED this 9th day of December, 2024.

_____
Brian Morris, Chief District Judge
United States District Court